| Fill in this Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Gerald | Maynoldi |
| | First Name   Middle Name | Last Name |
| Debtor 2 | Cindy | Capote |
| (Spouse, if filing) First Name   Middle Name | | Last Name |
| United States Bankruptcy Court for the: Middle   District of Florida | | |
| | | (State) |
| Case number: 8:24-bk-03205 | | |

FILED VIA MAIL

MAR 10 2025

Clerk, U.S. Bankruptcy Court
Middle District of Florida
Tampa Division

### Form 1340 (12/23)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

**1. Claim Information**

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimant

| Amount: | $1,206.00 |
|---|---|
| Claimant's Name: | Gerald Maynoldi and Cindy Capote |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 2352Twin Lake View Rd<br>Winter Haven FL 33881<br>(786) 393-4176 |

**2. Claimant Information**

Applicant[2] represents the following:

- [x] The Claimant is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.
- [ ] The Claimant (Successor Claimant) is entitled to the unclaimed funds by transfer, assignment, purchase, merger, acquisition, or succession by other means, and below are the name(s) of the Owner of Record and all previous owner(s) of the claim:
  _____
  _____.

- [ ] If the Claimant is a Successor Claimant, Applicant has sent a copy of the application to the Owner of Record and all other previous owner(s) of the claim at their current address or Applicant has enclosed a statement explaining why Applicant was not able to do so or an explanation of why doing so is not necessary.

**3. Applicant Information**

Applicant represents the following:

- [x] Applicant is the Claimant.
- [ ] Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).
- [ ] Applicant is a representative of the deceased Claimant's estate.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

### 4. Supporting Documentation

[x] Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

### 5. Notice to United States Attorney

[x] Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
___Middle___ District of ___Florida___
Civil Procedures Clerk, 400 N. Tampa St., Suite 3200
Tampa, FL 33602

### 6. Applicant Declaration

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g. 18 U.S.C. § 152.

Date: 2/24/25

Signature of Applicant

Gerald Maynoldi
Printed Name of Applicant

Address: 2352 Twin Lake View Rd
Winter Haven FL 33881

Telephone: (786) 393-4176

Email: ccapotemc@gmail.com

### 6. Co-Applicant Declaration (if applicable)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g. 18 U.S.C. § 152.

Date: 2/24/25

Signature of Co-Applicant (if applicable)

Cindy Capote
Printed Name of Co-Applicant (if applicable)

Address: 2352 Twin Lake View Rd
Winter Haven FL 33881

Telephone: (786) 3939-4176

Email: ccapotemc@gmail.com

### 7. Notarization

STATE OF Florida
COUNTY OF Polk

This Application for Unclaimed Funds, dated 2/24/25 was subscribed and sworn to before me this 24th day of February, 20 25 by Gerald Maynoldi who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

[Notarial wording to be adjusted based on state requirements]

(SEAL) BETHANY MARIE KALIN
Notary Public
State of Florida
Comm# HH525002
Expires 5/8/2028

My commission expires: 5/8/28

### 7. Notarization

STATE OF Florida
COUNTY OF Polk

This Application for Unclaimed Funds, dated 2/24/25 was subscribed and sworn to before me this 24th day of February, 20 25 by Cindy Capote who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

[Notarial wording to be adjusted based on state requirements]

(SEAL) BETHANY MARIE KALIN
Notary Public
State of Florida
Comm# HH525002
Expires 5/8/2028

My commission expires: 5/8/28

BETHANY MARIE KALIN
Notary Public
State of Florida
Comm# HH525002
Expires 5/8/2028

CINDY CAPOTE
2352 TWIN LAKE VIEW RD
WINTER HAVEN FL 33881





Tampa Bankruptcy Court
801 N. Florida Avenue Suite 555
Tampa FL 33602

